Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−13226−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Luis A Sanchez
  aka Luis A. Sanchez Sr.
  14 Gloucester Court
  Eastampton, NJ 08060

Social Security No.:
  xxx−xx−6565

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/20/18 and a confirmation hearing on such Plan has been scheduled for 6/20/18.

The debtor filed a Modified Plan on 6/7/18 and a confirmation hearing on the Modified Plan is scheduled for 7/18/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 8, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Luis A Sanchez  
    Debtor

Case No. 18-13226-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Jun 08, 2018  
                      Form ID: 186      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.

```
db            +Luis A Sanchez,    14 Gloucester Court,    Eastampton, NJ 08060-3230
517341165     +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
517341167     +Beneficial New Jersey, Inc.,    251 Clifton Avenue,    Clifton, NJ 07011-1961
517406531      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517341170      Chase Mortgage,    Attn: Bankruptcy Dept.,    PO Box 24696,    Columbus, OH 43224-0696
517470312      Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517341173     +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517341174     +Experian,    PO Box 4500,    Allen, TX 75013-1311
517341175     +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                Sioux Falls, SD 57117-5097
517341176     +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
517341177     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517480914     +JPMorgan Chase Bank, National Association,    Bankruptcy Department,    Mail Code LA4-5555,
                700 Kansas Lane,    Monroe, LA 71203-4774
517341181     +McCalla Raymer Leibert Pierce, LLC,    99 Wood Ave South,    Suite 803,    Iselin, NJ 08830-2713
517341182     +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517341183     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245
517341185     +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517461303      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
517406579      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA    50306-0438
517341186     +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517341187     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:13    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2018 23:29:10    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517341166     +E-mail/Text: ally@ebn.phinsolutions.com Jun 08 2018 23:28:25    Ally Financial,
                Attn: Bankruptcy,   Po Box 380901,   Bloomington, MN 55438-0901
517375852      E-mail/Text: ally@ebn.phinsolutions.com Jun 08 2018 23:28:25    Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
517341168     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:35:28    Capital One,
                Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517407631      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:34:45
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
517341169     +E-mail/Text: bkr@cardworks.com Jun 08 2018 23:28:19    Cardworks/CW Nexus,   Attn: Bankruptcy,
                Po Box 9201,   Old Bethpage, NY 11804-9001
517341171     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 08 2018 23:34:47    Credit One Bank,
                P.O. Box 98872,   Las Vegas, NV 89193-8872
517341172     +E-mail/Text: mrdiscen@discover.com Jun 08 2018 23:28:26    Discover Bank,   PO Box 3025,
                New Albany, OH 43054-3025
517341178     +E-mail/Text: cio.bncmail@irs.gov Jun 08 2018 23:28:41    Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
517341179     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 08 2018 23:28:29    Kohls/Capital One,
                Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
517341180      E-mail/Text: camanagement@mtb.com Jun 08 2018 23:28:56    M & T Bank,   Po Box 844,
                Buffalo, NY 14240
517492643      E-mail/Text: camanagement@mtb.com Jun 08 2018 23:28:56    M&T Bank,   P.O. Box 1288,
                Buffalo, NY 14240-1288
517477891      E-mail/Text: bkr@cardworks.com Jun 08 2018 23:28:19    MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517439984     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2018 23:29:09    Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
517341184     +E-mail/Text: dlavacca@eastampton.com Jun 08 2018 23:30:28    Township of Eastampton,
                Attn: Tax Office,   12 Manor House Court,   Eastampton, NJ 08060-4379
                                                                                              TOTAL: 16
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: 186             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Daniel L Reinganum    on behalf of Debtor Luis A Sanchez DanR@McDowellLegal.com,
               kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.c
               om;mfunk@mcdowelllegal.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```