**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

1 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        2 Lien Avoidance

Last revised: December 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Luis A. Sanchez, Sr.**            Case No.: **18-13226-CMG**

                                            Judge: **Gravelle**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required            Date: 6/7/2018
☑ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **DLR**        Initial Debtor: **LAS**        Initial Co-Debtor

**Part 1:  Payment and Length of Plan**

1

a.  The debtor shall pay __1,550.00  Monthly__ to the Chapter 13 Trustee, starting on __July 1, 2018__ for approximately **56** months, plus amounts paid to Trustee prior to July 1, 2018.

b.  The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection     ☐ NONE

a.  Adequate protection payments will be made in the amount of $ __450__ to be paid to the Chapter 13 Trustee and disbursed **pre-confirmation and post-confirmation** to __Wells Fargo Dealer Services__ (creditor).

b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---:|
| **Daniel L. Reinganum, Esq.** | Attorney Fees | $1,962.00 |
| **Daniel L. Reinganum, Esq.** | Supplemental Attorney Fees and out of pocket costs | $763.24 |
| **Internal Revenue Service** | Taxes | $1,133.91 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Chase Mortgage** | **14 Gloucester Court Eastampton, NJ 08060 Burlington County** | **28,933.56** | **0.00** | **28,933.56** | **Per Contract** |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ally Financial | 2011 Buick Lacrosse | $12.68 | 0 | $12.68 | Per contract |

**c. Secured claims excluded from 11 U.S.C. 506:** ☐ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **Wells Fargo Dealer Services** | **2013 Jeep Wrangler** | **5.5%** | **$32,015** | **$36,691.20** |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

  1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Discover Bank | 14 Gloucester Court Eastampton, NJ 08060 | Unknown | $185,333 | $278,055 | $0 | 0 | $0 |
| Beneficial New Jersey, Inc. | 14 Gloucester Court Eastampton, NJ 08060 | Unknown | $185,333 | $278,055 | $0 | 0 | $0 |

  2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE
     Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

     The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| Wells Fargo Bank, NA | Items Purchased From Mealys Moorestown | $276.90 |

**Part 5:  Unsecured Claims     ■ NONE**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                                        Best Case Bankruptcy

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☑ Not less than **100%** percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Wells Fargo Dealer Services | 2013 Jeep Wrangler | $32,015 | $23,006 | $32,015 | $0.00 |
| Discover Bank | 14 Gloucester Court Eastampton, NJ 08060 | Unknown | $185,333 | $0.00 | 100% |
| Beneficial New Jersey | 14 Gloucester Court Eastampton, NJ 08060 | Unknown | $185,333 | $0.00 | 100% |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **March 22, 2018**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **To address amended POC from IRS and secured claim by Wells Fargo Bank for items purchased from Mealy's Furniture** | **Adds payment to IRS for priority POC amount.**<br><br>**Adds payment to Wells Fargo Bank, NA on account of items purchased from Mealy's Moorestown in section 4(g).**<br><br>**Cure amount to be paid to Chase Mortgage adjusted to match POC amount.** |

6

|  | **Special provision added to address M&T Bank Claim #12-1** |
|---|---|

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☑ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

M&T Bank has filed proof of claim #12, which asserts a debt of $36,417.75 secured by real estate. The real estate is owned by the debtor's ex-wife, though he remains on the note/mortgage.

M&T Bank shall receive no distribution from the Debtor under this plan.

Upon the entry of the Debtor's discharge, he shall be discharged from any personal liability to M&T Bank with respect to this debt.

M&T Bank shall retain its lien.  The plan does not propose to alter M&T Bank's lien.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.
I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date  | **June 7, 2018** | **/s/ Daniel L. Reinganum, Esq.** |
|---|---|---|
|  |  | **Daniel L. Reinganum, Esq.** |
|  |  | Attorney for the Debtor |
| Date: | **June 7, 2018** | **/s/ Luis A. Sanchez, Sr.** |
|  |  | **Luis A. Sanchez, Sr.** |
|  |  | Debtor |
| Date: |  |  |
|  |  | Joint Debtor |

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | **June 7, 2018** | **/s/ Daniel L. Reinganum, Esq.** |
|---|---|---|
|  |  | **Daniel L. Reinganum, Esq.** |
|  |  | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | **June 7, 2018** | **/s/ Luis A. Sanchez, Sr.** |
|---|---|---|
|  |  | **Luis A. Sanchez, Sr.** |
|  |  | Debtor |
| Date: |  |  |
|  |  | Joint Debtor |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-13226-CMG
Luis A Sanchez                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jun 08, 2018
                              Form ID: pdf901          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
```
db            +Luis A Sanchez,    14 Gloucester Court,    Eastampton, NJ 08060-3230
517341165     +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
517341167     +Beneficial New Jersey, Inc.,    251 Clifton Avenue,    Clifton, NJ 07011-1961
517406531      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517341170      Chase Mortgage,    Attn: Bankruptcy Dept.,    PO Box 24696,    Columbus, OH 43224-0696
517470312      Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517341173     +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517341174     +Experian,    PO Box 4500,    Allen, TX 75013-1311
517341175     +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                Sioux Falls, SD 57117-5097
517341176     +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
517341177     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517480914     +JPMorgan Chase Bank, National Association,    Bankruptcy Department,    Mail Code LA4-5555,
                700 Kansas Lane,    Monroe, LA 71203-4774
517341181     +McCalla Raymer Leibert Pierce, LLC,    99 Wood Ave South,    Suite 803,    Iselin, NJ 08830-2713
517341182     +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517341183     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245
517341185     +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517461303      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
517406579      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA    50306-0438
517341186     +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517341187     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:14     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2018 23:29:10     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517341166     +E-mail/Text: ally@ebn.phinsolutions.com Jun 08 2018 23:28:25     Ally Financial,
                Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517375852      E-mail/Text: ally@ebn.phinsolutions.com Jun 08 2018 23:28:25     Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
517341168     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:36:08      Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517407631      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:36:08
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517341169     +E-mail/Text: bkr@cardworks.com Jun 08 2018 23:28:19     Cardworks/CW Nexus,    Attn: Bankruptcy,
                Po Box 9201,    Old Bethpage, NY 11804-9001
517341171     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 08 2018 23:34:56      Credit One Bank,
                P.O. Box 98872,    Las Vegas, NV 89193-8872
517341172     +E-mail/Text: mrdiscen@discover.com Jun 08 2018 23:28:26     Discover Bank,    PO Box 3025,
                New Albany, OH 43054-3025
517341178     +E-mail/Text: cio.bncmail@irs.gov Jun 08 2018 23:28:43     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517341179     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 08 2018 23:28:32      Kohls/Capital One,
                Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517341180      E-mail/Text: camanagement@mtb.com Jun 08 2018 23:28:56     M & T Bank,    Po Box 844,
                Buffalo, NY 14240
517492643      E-mail/Text: camanagement@mtb.com Jun 08 2018 23:28:56     M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
517477891      E-mail/Text: bkr@cardworks.com Jun 08 2018 23:28:19     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517439984     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2018 23:29:09     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517341184     +E-mail/Text: dlavacca@eastampton.com Jun 08 2018 23:30:28     Township of Eastampton,
                Attn: Tax Office,    12 Manor House Court,    Eastampton, NJ 08060-4379
                                                                                              TOTAL: 16
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: pdf901            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Daniel L Reinganum    on behalf of Debtor Luis A Sanchez DanR@McDowellLegal.com,
               kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.c
               om;mfunk@mcdowelllegal.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```