| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Luis A Sanchez<br><br><br>                                              Debtor(s) | Case No.: 18-13226 / CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 8/30/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  8/30/2021                                                                                      /s/  Kierstyn Buchanan
                                                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Luis A Sanchez<br>14 Gloucester Court<br>Eastampton, NJ   08060 | Debtor(s) | Regular Mail |
| DANIEL L. REINGANUM<br>MCDOWELL LAW, PC<br>46 WEST MAIN ST<br>MAPLE SHADE,  NJ   08052 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |