Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−13226−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis A Sanchez
   aka Luis A. Sanchez Sr.
   14 Gloucester Court
   Eastampton, NJ 08060

Social Security No.:
   xxx−xx−6565

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/15/21 at 09:00 AM

to consider and act upon the following:

*61* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 9/10/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 9/7/21

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court