Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  18−13226−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis A Sanchez
   aka Luis A. Sanchez Sr.
   14 Gloucester Court
   Eastampton, NJ 08060

Social Security No.:
   xxx−xx−6565

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 9, 2018.

   On October 26, 2021 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                  December 1, 2021
Time:                10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
    **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 27, 2021
JAN: wdr

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Luis A Sanchez  
    Debtor

Case No. 18-13226-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Oct 27, 2021 | Form ID: 185 | Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis A Sanchez, 14 Gloucester Court, Eastampton, NJ 08060-3230 |
| 517341167 | + | Beneficial New Jersey, Inc., 251 Clifton Avenue, Clifton, NJ 07011-1961 |
| 517406531 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517470312 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517341173 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517341174 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517341175 | + | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 517341176 | + | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 517341177 | + | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518872595 | + | JPMorgan Chase Bank, National Association, et. al., Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 518872596 | + | JPMorgan Chase Bank, National Association, et. al., Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806, JPMorgan Chase Bank, National Associatio Bankruptcy Department 92806-5948 |
| 517341182 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517341183 | ++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245 address filed with court:, State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517341185 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 517461303 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 517406579 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517341186 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517341187 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517341165 | + | Email/Text: backoffice@affirm.com | Oct 27 2021 20:35:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 517341166 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2021 20:34:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517375852 | | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2021 20:34:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517341168 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 27 2021 20:36:36 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517407631 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Oct 27 2021 20:36:45 | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517341169 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Oct 27 2021 20:36:37 | | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517341171 | + | Email/PDF: creditonebknotifications@resurgent.com Oct 27 2021 20:36:38 | | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517341172 | + | Email/Text: mrdiscen@discover.com Oct 27 2021 20:34:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 517341178 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Oct 27 2021 20:34:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517341170 | | Email/PDF: ais.chase.ebn@americaninfosource.com Oct 27 2021 20:36:37 | | Chase Mortgage, Attn: Bankruptcy Dept., PO Box 24696, Columbus, OH 43224-0696 |
| 517480914 | | Email/PDF: ais.chase.ebn@americaninfosource.com Oct 27 2021 20:36:42 | | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517341179 | + | Email/Text: PBNCNotifications@peritusservices.com Oct 27 2021 20:34:00 | | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517341180 | | Email/Text: camanagement@mtb.com Oct 27 2021 20:34:00 | | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517492643 | | Email/Text: camanagement@mtb.com Oct 27 2021 20:34:00 | | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517477891 | | Email/PDF: MerrickBKNotifications@Resurgent.com Oct 27 2021 20:36:42 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517439984 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 27 2021 20:34:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517341183 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Oct 27 2021 20:34:00 | | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517341184 | + | Email/Text: kthompson@eastampton.com Oct 27 2021 20:35:00 | | Township of Eastampton, Attn: Tax Office, 12 Manor House Court, Eastampton, NJ 08060-4379 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517341181 | ##+ | McCalla Raymer Leibert Pierce, LLC, 99 Wood Ave South, Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021           Signature:      /s/Joseph Speetjens

Case 18-13226-CMG   Doc 68   Filed 10/29/21   Entered 10/30/21 00:11:05   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2021 | Form ID: 185 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel L Reinganum | on behalf of Debtor Luis A Sanchez DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7