Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  18−13226−CMG
                          Chapter:  13
                          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis A Sanchez
   aka Luis A. Sanchez Sr.
   14 Gloucester Court
   Eastampton, NJ 08060

Social Security No.:
   xxx−xx−6565

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 6, 2021.

Dated: December 6, 2021
JAN: dmi

                                                                                         Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Luis A Sanchez  
    Debtor

Case No. 18-13226-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 06, 2021     Form ID: plncf13     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis A Sanchez, 14 Gloucester Court, Eastampton, NJ 08060-3230 |
| 517341167 | + | Beneficial New Jersey, Inc., 251 Clifton Avenue, Clifton, NJ 07011-1961 |
| 517406531 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517470312 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517341173 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517341174 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517341175 | + | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 517341176 | + | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 517341177 | + | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518872595 | + | JPMorgan Chase Bank, National Association, et. al., Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 518872596 | + | JPMorgan Chase Bank, National Association, et. al., Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806, JPMorgan Chase Bank, National Associatio Bankruptcy Department 92806-5948 |
| 517341182 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517341185 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 517461303 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 517406579 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517341186 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517341187 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517341165 | + | Email/Text: backoffice@affirm.com | Dec 06 2021 20:36:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 517341166 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 06 2021 20:35:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517375852 | | Email/Text: ally@ebn.phinsolutions.com | Dec 06 2021 20:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517341168 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:18 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517407631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517341169 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 18-13226-CMG   Doc 77   Filed 12/08/21   Entered 12/09/21 00:14:35   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: plncf13 | Total Noticed: 37 |

| Recip ID | | Notice Type | Sent Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 06 2021 20:49:18 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517341171 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2021 20:49:19 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517341172 | + | Email/Text: mrdiscen@discover.com | Dec 06 2021 20:35:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 517341177 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 06 2021 20:36:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 517341178 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2021 20:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517341170 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Chase Mortgage, Attn: Bankruptcy Dept., PO Box 24696, Columbus, OH 43224-0696 |
| 517480914 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2021 20:49:30 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517341179 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517341180 | | Email/Text: camanagement@mtb.com | Dec 06 2021 20:35:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517492643 | | Email/Text: camanagement@mtb.com | Dec 06 2021 20:35:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517477891 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 06 2021 20:49:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517439984 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2021 20:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517341183 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 06 2021 20:35:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517341184 | + | Email/Text: kthompson@eastampton.com | Dec 06 2021 20:36:00 | Township of Eastampton, Attn: Tax Office, 12 Manor House Court, Eastampton, NJ 08060-4379 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517341181 | ##+ | McCalla Raymer Leibert Pierce, LLC, 99 Wood Ave South, Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021         Signature:     /s/Joseph Speetjens

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: plncf13 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo

docs@russotrustee.com

Daniel L Reinganum

on behalf of Debtor Luis A Sanchez DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Melissa N. Licker

on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com

Regina Cohen

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7