**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luis A Sanchez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6565<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18-13226-CMG | |

# Order of Discharge                                                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Luis A Sanchez
> aka Luis A. Sanchez Sr.

<u>6/2/22</u>                                                              **By the court:** <u>Christine M. Gravelle</u>
                                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Luis A Sanchez  
    Debtor

Case No. 18-13226-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 02, 2022      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis A Sanchez, 14 Gloucester Court, Eastampton, NJ 08060-3230 |
| 518872595 | + | JPMorgan Chase Bank, National Association, et. al., Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 518872596 | + | JPMorgan Chase Bank, National Association, et. al., Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806, JPMorgan Chase Bank, National Associatio Bankruptcy Department 92806-5948 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517341165 | + | Email/Text: backoffice@affirm.com | Jun 02 2022 20:48:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 517341166 | + | EDI: GMACFS.COM | Jun 03 2022 00:43:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517375852 | | EDI: GMACFS.COM | Jun 03 2022 00:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517341167 | + | EDI: HFC.COM | Jun 03 2022 00:43:00 | Beneficial New Jersey, Inc., 251 Clifton Avenue, Clifton, NJ 07011-1961 |
| 517341168 | + | EDI: CAPITALONE.COM | Jun 03 2022 00:43:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517407631 | | EDI: CAPITALONE.COM | Jun 03 2022 00:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517406531 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 20:53:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517341169 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2022 20:53:19 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517341171 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2022 20:53:14 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517341172 | + | EDI: DISCOVER.COM | Jun 03 2022 00:43:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 517470312 | ^ | MEBN | | |

Case 18-13226-CMG    Doc 86    Filed 06/04/22    Entered 06/05/22 00:13:47    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 02 2022 20:46:33 | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517341173 | ^ | MEBN | | |
| | | | Jun 02 2022 20:45:41 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517341174 | ^ | MEBN | | |
| | | | Jun 02 2022 20:46:29 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517341175 | | Email/Text: BNSFN@capitalsvcs.com | Jun 02 2022 20:47:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 517341176 | | Email/Text: BNSFS@capitalsvcs.com | Jun 02 2022 20:47:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 517341177 | + | EDI: IIC9.COM | Jun 03 2022 00:43:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 517341178 | + | EDI: IRS.COM | Jun 03 2022 00:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517341170 | | EDI: JPMORGANCHASE | Jun 03 2022 00:43:00 | Chase Mortgage, Attn: Bankruptcy Dept., PO Box 24696, Columbus, OH 43224-0696 |
| 517480914 | | EDI: JPMORGANCHASE | Jun 03 2022 00:43:00 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517341179 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 02 2022 20:47:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517341180 | | Email/Text: camanagement@mtb.com | Jun 02 2022 20:47:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517492643 | | Email/Text: camanagement@mtb.com | Jun 02 2022 20:47:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517477891 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2022 20:53:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517439984 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517341182 | + | Email/Text: clientservices@remexinc.com | Jun 02 2022 20:47:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517341183 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 02 2022 20:47:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517341184 | + | Email/Text: kthompson@eastampton.com | Jun 02 2022 20:48:00 | Township of Eastampton, Attn: Tax Office, 12 Manor House Court, Eastampton, NJ 08060-4379 |
| 517341185 | ^ | MEBN | | |
| | | | Jun 02 2022 20:46:36 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 517461303 | | EDI: WFFC.COM | Jun 03 2022 00:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 517406579 | | EDI: WFFC.COM | Jun 03 2022 00:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517341186 | + | EDI: WFFC.COM | Jun 03 2022 00:43:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517341187 | + | EDI: WFFC.COM | Jun 03 2022 00:43:00 | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason     Name and Address**

| | | |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517341181 | ##+ | McCalla Raymer Leibert Pierce, LLC, 99 Wood Ave South, Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel L Reinganum | on behalf of Debtor Luis A Sanchez DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7